```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :      INDICTMENT
                                 :
         - v. -                  :      08 Cr.
                                 :
JASON C. NEAL,                   :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

**08 CRIM 086**

COUNT ONE

The Grand Jury charges:

1.   In or about January 2008, in the Southern District of New York and elsewhere, JASON C. NEAL, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that JASON C. NEAL, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 01 2008

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or about January 2008, in the vicinity of Green River, Utah, two co-conspirators not named as defendants herein ("CC-1" and "CC-2"), drove a 1999 Chevrolet van with Vehicle Identification Number 1GBFG15WOX1078781 ("the Van"), which contained 6.7 kilograms of cocaine and two semi-automatic handguns that were hidden in a secret compartment in the Van.

b. On or about January 14, 2008, JASON C. NEAL, the defendant, got into the Van in the vicinity of East Tremont Avenue and White Plains Road, Bronx, New York, with CC-1 and CC-2.

(Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4. On or about January 14, 2008, in the Southern District of New York, JASON C. NEAL, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, less than 50 kilograms of mixtures and substances containing a detectable amount of marijuana.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(D); Title 18, United States Code, Section 2.)

COUNT THREE

The Grand Jury further charges:

5. On or about January 14, 2008, in the Southern District of New York, JASON C. NEAL, the defendant, unlawfully, willfully, and knowingly, during and in relation to drug trafficking crimes for which he may be prosecuted in a court of the United States, namely, the violations of the narcotics laws charged in Counts One and Two of this Indictment, did use and carry a firearm, and in furtherance of such crime, did possess a firearm, to wit, a Desert Eagle .357 caliber semi-automatic handgun.

(Title 18, United States Code, Sections 924(c)(1)(A)(i).)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON C. NEAL,

Defendant.

## INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(D), 846;
18 U.S.C. §§ 924(c)(1)(A), 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.