**PAUL S. BRENNER**
ATTORNEY AT LAW
401 BROADWAY, SUITE 306
NEW YORK, NY 10013
(212) 431-4880
FAX (212) 966-0588
boomer401@aol.com

July 2, 2008

VIA/ECF & REGULAR MAIL

Hon. Miriam Goldman Cedarbaum
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    **United States v. Jason Neal**
    No:    **08-CR-0086 (MGC)(S-1)**

Dear Judge Cedarbaum:

    The undersigned respectfully requests that the matter scheduled before the Court be adjourned as my client indicates a desire to proceed to trial. Accordingly, I request that the Court set forth a scheduling order so that the undersigned can submity a formal application seeking to suppress evidence obtained as a result of an unlawful search and seizure.

    Mr. Neal indicates that neither his girlfriend nor he gave any consent to search the premises. It is believed that in the absence of a valid consent, the Government will fail to establish that there was probable cause to effectuate the seizure and search which took place.

    Based upon the foregoing, it is respectfully submitted that the relief requested herein be granted in its entirety.

    Thank you very much for your time and consideration in this matter.

                                   Very truly yours,

                                   PAUL S. BRENNER, ESQ.

PSB/rp
cc:    U.S. Atty's Office