USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :    ORDER PURSUANT TO
           -v.-                   :    21 U.S.C. § 853
                                  :
JASON C. NEAL,                    :    S1 08 Cr. 86 (MGC)
                     Defendant.   :
                                  :
- - - - - - - - - - - - - - - - -x
```

This matter comes before the Court for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case.

WHEREAS, the property in question includes the following assets:

> One 2004 Ford Explorer XLT with Vehicle Identification Number 1FMDU73E54ZA99028, seized on January 14, 2008, from Jason C. Neal; and
>
> One 1999 Chevrolet van with Vehicle Identification Number 1GBFG15W0X1078781, seized on January 14, 2008, from Troy Hall;

(Collectively, the "Subject Property");

WHEREAS, the Subject Property is already in the lawful custody of the Government; and

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Property throughout the pending criminal case so that it will be available for forfeiture; and

WHEREAS, the Subject Property is alleged to be forfeitable to United States as property involved in illegal narcotics trafficking pursuant to Section 982 of Title, United States Code; and

WHEREAS, Section 982 of Title 18, United States Code, provides that "the forfeiture of property under this section, including any seizure and disposition of the property under this section, including any seizure and disposition of the property and any related judicial or administrative proceeding, shall be governed by" Section 853 of Title 21, United States Code, except subsection (d); and

WHEREAS, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture;

IT IS HEREBY ORDERED, that the United States and its agencies, including the Drug Enforcement Administration and/or the U.S. Marshals Service, are authorized to maintain and preserve the Subject Property until the conclusion of the instant criminal case, pending further Order of this Court;

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983.

Dated: New York, New York
July 3, 2008

SO ORDERED:

_____
HONORABLE MIRIAM GOLDMAN CEDARBAUM
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK